**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-00509-PAB

CAROL DAVY,

    Plaintiff,

v.

JUDGE ROBERT RAND, in his official capacity as Larimer County Court Judge, CLIFFORD REIDEL, in his official capacity as District Attorney for Larimer County, and JOHN HICKENLOOPER, in his official capacity as Governor of the State of Colorado,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [#8] of Judge Philip A. Brimmer entered Mar. 1, 2013 it is

ORDERED that the Motion for Expedited Preliminary Injunction and Declaratory Relief [Docket No. 2] is DENIED. It is further

ORDERED that plaintiff's complaint is dismissed without prejudice, that Plaintiff Carol Davy recovers nothing, and that final judgment is entered in favor of the defendants and against Plaintiff Davy.   It is further

ORDERED that Defendants are **AWARDED** their costs, to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 4th day of March, 2013.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                                By: s/Edward P. Butler

                                Edward P. Butler, Deputy Clerk